

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-4-2005

# USA v. Amos

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-2585

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Amos" (2005). *2005 Decisions*. Paper 1248.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1248

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-2585

———

UNITED STATES OF AMERICA

v.

ROLAND AMOS

Appellant

———

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. Criminal No. 03-774)
District Judge: Honorable John W. Bissell

———

Submitted Under Third Circuit L.A.R. 34.1(a)
April 21, 2005

Before: ROTH, FUENTES, and STAPLETON,
Circuit Judges.

(Filed:   May 4, 2005)

———

OPINION OF THE COURT

———

FUENTES, Circuit Judge.

Roland Amos pled guilty to distribution, and possession with intent to distribute, more

than 5 grams of crack cocaine. Amos' sentence was enhanced under U.S.S.G. § 4A.1.1(e) because the District Court determined that the offense took placed less than two years after his release from custody for prior offenses. Amos appeals his sentence and seeks a remand pursuant to United States v. Booker, 543 U.S. __, 125 S. Ct. 738 (2005).

Having determined that issues with respect to Booker are best determined by the District Court in the first instance, we vacate the sentence and remand for resentencing in accordance with that opinion. See United States v. Davis, 2005 WL 976941 (3d Cir. Apr. 28, 2005).